IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 2:12-CV-75-F

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| HOSPITAL PHARMACY PROPERTIES, L.L.C.; TAYLOR DRUG T/A HOSPITAL PHARMACY; TAYLOE DRUG STORE; and TAYLOE DRUG COMPANY, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **December 3, 2012.** Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **December 3, 2012.** The Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 8th day of November, 2012.

*James C. Fox*
James C. Fox
Senior United States District Judge